**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-1792**

─────────────

WILLIAM M. LEWIS, JR.,

                            Plaintiff - Appellant,

        versus

COMMONWEALTH OF VIRGINIA; CANTOR & CANTOR,

                            Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge. (CA-00-156-3)

─────────────

Submitted:  October 31, 2000        Decided:  November 22, 2000

─────────────

Before WILKINS, MICHAEL, and KING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

William M. Lewis, Jr., Appellant Pro Se.  Edward Meade Macon, Kevin Osborne Barnard, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Douglas Pendleton Rucker, Jr., Jeffrey Hamilton Geiger, SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William M. Lewis, Jr., appeals the district court's orders dismissing his action and denying his motion for recusal and for relief under Fed. R. Civ. P. 60(b). We have reviewed the record and the district court's opinions and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Lewis v. Virginia, No. CA-00-156-3 (E.D. Va. June 1 & July 14, 2000). We deny Lewis's motions for general relief in which he seeks a jury trial, recusal of the district judge, an order summarily overturning the district court's order, and consideration of additional exhibits. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED